IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CARL JEROME HOLMES, :
: 
    Petitioner, :
:
vs. : 7:04-CV-77(HL)
:
B. G. COMPTON, Warden, :
:
    Respondent. :

**O R D E R**

On February 9, 2005, the Attorney General for the State of Georgia filed a motion to be allowed to intervene as a respondent in this matter inasmuch as petitioner is detained in a Federal Prison in the State of Virginia but is attacking prior Georgia convictions. The court granted this motion on March 7, 2005.[1] On April 20, 2005, the state Attorney General again filed the identical motion. The second motion to intervene is therefore DENIED as MOOT.

SO ORDERED, this 31st day of May 2005.

       /s/ Richard L. Hodge
       RICHARD L. HODGE
       UNITED STATES MAGISTRATE JUDGE

---

[1] Although the Attorney General is clearly the movant, the motion prays that James E. Donald, Commissioner of the Georgia Department of Corrections, be named as a respondent. Inasmuch as Rule 2(b) of the Rules Governing Section 2254 Cases in the United States District Courts clearly requires that the state attorney general be named as a respondent in a case like this, the state attorney general and not the commissioner of the Georgia Department of Corrections was named as a respondent.